**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MIDFIRST BANK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:13-cv-4360-N-BF |
| | § | |
| **JOSEPHINE LINDA OKIYO and ALL OCCUPANTS,** | § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 30, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED January 17, 2014**.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE